**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Albert Dale Lewis, | No. CV-19-00310-TUC-DCB (EJM) |
| Petitioner, | **ORDER** |
| v. |  |
| Charles Ryan, et al., |  |
| Respondents. |  |

**IT IS ORDERED** that this matter remains referred to Magistrate Judge Eric J. Markovich pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation. *See* (Order (Doc. 5) at 4.)

Dated this 13th day of November, 2020.

David C. Bury
United States District Judge